REITLER KAILAS & ROSENBLATT LLC
Yann Geron
Brett Van Benthysen
885 Third Avenue, 20th Floor
New York, New York 10022
(212) 209-3050
*Attorneys for FLSA Creditors*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
In re                                :     Chapter 7
                                :
NDG Coffee Shop, Inc.,   :     Case No. 18-10279-JLG
                                :
                                :
                   Debtor.   :
------------------------------------------------------x

## NOTICE OF APPEARANCE AND
## DEMAND FOR NOTICES AND SERVICE OF PAPERS

*PLEASE TAKE NOTICE,* that the Jose Wilmer Calle, Severiano Castaneda Rivera, Hitler Calle, Victor Anibal Ugsha Chugchilan, Pedro Ramirez Lozano, and Marino Casteneda Rivera (the "FLSA Creditors"), by and through their attorneys, hereby appear in the above-captioned bankruptcy proceeding, pursuant to Rules 2002, 9007 and 9010(b) of the Rules of Bankruptcy Procedure and Section 1109(b) of the Bankruptcy Code, and demand that any and all notices given or required to be given in the above-captioned bankruptcy proceeding and all papers served or required to be served in the above-captioned bankruptcy proceeding be given to and served upon the undersigned counsel at the offices, telephone and facsimile numbers set forth herein.

*PLEASE TAKE FURTHER NOTICE,* that pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the bankruptcy rules specified above, but also includes, without limitation, notices of any

application, complaint, demand, hearing, motion, petition, pleading, or request, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telecopier, telex, e-mail, or otherwise.

| | |
|---|---|
| Dated:  New York, New York<br>         February 12, 2018 | REITLER KAILAS & ROSENBLATT LLC<br>*Attorneys for Jose Wilmer Calle, Severiano Castaneda Rivera, Hitler Calle, Victor Anibal Ugsha Chugchilan, Pedro Ramirez Lozano, and Marino Casteneda Rivera* |

By:  *s/ Yann Geron*
    Yann Geron
    Brett Van Benthysen
    885 Third Avenue, 20th Floor
    New York, New York 10022
    Ph: (212) 209-3050
    Fax: (212) 371-5500
    ygeron@reitlerlaw.com
    bvanbenthysen@reitlerlaw.com